# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT FILIPEK. <br><br> Plaintiff, <br><br> v. <br><br> BYRAM HEALTHCARE CENTERS, INC., <br><br> Defendant. | Case No.: 3:22-cv-76-L-BLM <br><br> **ORDER TRANSFERRING CASE TO CENTRAL DISTRICT OF CALIFORNIA** |

On January 20, 2022, Defendant removed this action from Orange County Superior Court. (ECF 1). Defendant was required to remove the action "to the district court . . embracing the place where [it was] pending." 28 U.S.C. § 1441(a). The United States District Court for the Southern District of California encompasses Imperial and San Diego counties, not Orange.

The Court therefore issued an Order to Show Cause as to why it should not remand or transfer this action. The parties were ordered to file simultaneous briefs no later than January 31, 2022, on this issue.

Defendant contends it intended to remove this action to the Central District of California, Southern Division, not the Southern District of California. (ECF 7). Defendant requests to transfer this action there. *Id*. Plaintiff did not respond to the Court's order. (*See* Docket).

There is no Ninth Circuit or Supreme Court precedent on this issue (*i.e.*, the proper course when a defendant removes a case from state court to the wrong district). Some district courts in this Circuit have remanded cases under those circumstances while others have transferred them.

Defendant's error is procedural. The issue relates to venue, not subject matter jurisdiction. Overall, it is appropriate to transfer this action. *See* 28 U.S.C. § 1406(a) ("the district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."); 28 U.S.C. § 1446(a) ("a defendant or defendants desiring to remove any civil action from a State court shall file in the district court of the United States for the district and division within which such action is pending a notice of removal.")

The Court therefore instructs the Clerk to **TRANSFER** this action to the Central District of California, Southern Division. The Court also vacates the hearing on Defendant's motion to dismiss.

**IT IS SO ORDERED**.

Dated: February 8, 2022

_____
Hon. M. James Lorenz
United States District Judge