| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **To:** | CASDdb_interdistricttransfer_casd |
| **Subject:** | Transferred case has been opened |
| **Date:** | Tuesday, February 22, 2022 2:49:34 PM |

CASE: 3:22-cv-00076

DETAILS: Case transferred from California Southern has been opened in CENTRAL DISTRICT OF CALIFORNIA as case 8:22-cv-00254, filed 02/15/2022.